# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-13298
_____

PEN AMERICAN CENTER, INC.,
GEORGE M. JOHNSON,
KYLE LUKOFF,
ANN NOVAKOWSKI,
   on behalf of herself and her minor child,
PENGUIN RANDOM HOUSE, LLC, et al.,

                                            *Plaintiffs-Appellees,*

SARAH BRANNEN, et al.,

                                            *Plaintiffs,*

*versus*

ESCAMBIA COUNTY SCHOOL DISTRICT, et al.,

                                            *Defendants,*

KEVIN ADAMS,

                                           *Defendant-Appellant,*

PAUL FETSKO,
PATRICIA HIGHTOWER,
WILLIAM SLAYTON,

DAVID WILLIAMS,

*Interested Parties-Appellants.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-10385-TKW-ZCB

_____

_____

No. 25-13698

_____

PEN AMERICAN CENTER, INC.,
GEORGE M. JOHNSON,
KYLE LUKOFF,
ANN NOVAKOWSKI,
  on behalf of herself and her minor child,
PENGUIN RANDOM HOUSE, LLC, et al.,

*Plaintiffs-Appellees,*

SARAH BRANNEN, et al.,

*Plaintiffs,*

versus

ESCAMBIA COUNTY SCHOOL DISTRICT, et al.,

*Defendants,*

CARISSA BERGOSH,
TOM HARRELL,

*Interested Parties-Appellants.*

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:23-cv-10385-TKW-ZCB

---

ORDER:

Appellees' motion to consolidate Case No. 25-13298 and Case No. 25-13698 is GRANTED. Case Nos. 25-13298 and 25-13698 are CONSOLIDATED for briefing and merits disposition purposes.

Appellants' motion to stay Case No. 25-13298 is DENIED. On its own motion, the Court VACATES the stay previously granted in Case No. 25-13698.

Appellees' motion to expedite is GRANTED as follows. The appeals are EXPEDITED as to briefing, disposition, and oral argument if the Court deems oral argument appropriate. The Court takes no position on the appropriateness of oral argument at this time. The motion is otherwise DENIED. Briefing shall proceed as follows:

Appellants' consolidated initial brief is due within 30 days from the date of this order.

Appellees' consolidated response brief is due within 21 days from the filing of Appellants' initial brief.

Appellants' consolidated reply brief, if any, is due within 14 days from the filing of Appellees' response brief.

/s/ Britt C. Grant
UNITED STATES CIRCUIT JUDGE