_____

**CASE NOS. 25-13298-E; 25-13698-E**
_____

# UNITED STATES COURT OF APPEALS
# ELEVENTH CIRCUIT

PEN AMERICAN CENTER, INC., ET AL V. KEVIN ADAMS, ET AL
PEN AMERICAN CENTER, INC., ET AL V. CARISSA BERGOSH, ET AL

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
CASE NO. 3:23-cv-10385-TKW-ZCB

---

## APPELLANTS' PARTIALLY UNOPPOSED
## MOTION TO MODIFY BRIEFING SCHEDULE

---

J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

and

SAMANTHA DUKE
Florida Bar No. 0091403

Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133

# APPELLANTS' PARTIALLY UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

Appellants, Kevin Adams, Paul Fetsko, Patricia Hightower, William Slayton, David Williams, Carissa Bergosh, and Tom Harrell ("Board members"), move to modify the briefing schedule, and respectfully request a 21-day extension of time to file their consolidated reply brief, through March 2, 2026. Plaintiffs partially oppose this request, but are agreeable to a 7-day extension, through February 16, 2026. In support, the Board members state:

1. In this First Amendment case, Plaintiffs seek to depose the Board members regarding their votes to remove or restrict books in the libraries of the Escambia County School District. The Board members opposed these efforts and filed motions to quash and/or for protective orders on the basis of legislative privilege. When their motions were denied by the district court, the Board members took interlocutory appeals pursuant to 28 U.S.C. § 1291 and *In re Hubbard*, 803 F.3d 1298, 1305 (11th Cir. 2015).

2. Because of the sequencing of the notices of taking deposition and subpoenas served by Plaintiffs, the Board members filed separate appeals. *See Pen Am. Ctr., Inc. v. Adams*, No. 25-13298 (11th Cir.) ("*Adams*"); *Pen Am. Ctr., Inc. v. Bergosh*, No. 25-13298 (11th Cir.) ("*Bergosh*").

3. Plaintiffs moved to consolidate the appeals, a request the Board members did not oppose substantively.[1] *See* (Doc. 22 in *Adams*); (Doc. 20 in *Bergosh*).

4. Plaintiffs also moved to expedite the *Adams* appeal. (Doc. 13 in *Adams*).

5. The Court granted Plaintiffs' motions to consolidate and to expedite. (Doc. 24-2 at p. 3 in *Adams* ("Order")). While the Court granted expedition for briefing, disposition, and oral argument if it deems it appropriate, it otherwise denied the motion. *Id.* This would seemingly include Plaintiffs' request that the Court "not allow any extensions to briefing deadlines." (Doc. 13 at p. 11 in *Adams*).

6. In the Court's Order, it provided that the Board members' consolidated reply brief was due within 14 days from the filing of Plaintiffs' response brief. Order at p. 3.

7. Plaintiffs filed their consolidated response brief on January 26, 2026. (Doc. 31 in *Adams*); (Doc. 28 in *Bergosh*).

8. The Board members' consolidated reply brief is therefore currently due on February 9, 2026. Order at p. 3.

---

[1] The Board members only opposed Plaintiffs' request to align the briefing schedules between *Adams* and *Bergosh*.

9. The Board members now seek a 21-day extension of time to file their reply brief, through March 2, 2026, due to preexisting, outstanding briefing obligations and deadlines in other matters, as well as previously planned and paid-for time off during the period in which the Board members are required to file their reply brief.

10. In their reply to their motion to expedite, Plaintiffs clarified that, after the Board members obtained an extension of time to file their initial brief, Plaintiffs now sought only expedited oral argument. *See* (Doc. 20 at p. 6 in *Adams*).

11. Indeed, like the Board members, Plaintiffs also requested an extension of time to file their consolidated response brief, based on Plaintiffs' counsel's "previously planned and paid-for vacations" during much of the period in which Plaintiffs had to file their opposition brief. (Doc. 25 at pp. 7–8 ¶ 15 in *Adams*); (Doc. 23 at pp. 7–8 ¶ 15 in *Bergosh*).

12. The Board members did not oppose this request. *See* (Doc. 25 in *Adams*); (Doc. 23 in *Bergosh*).

13. In seeking an extension, Plaintiffs reiterated their position that they only sought expedition concerning oral argument. (Doc. 25 at p. 6 ¶ 8 in *Adams*); (Doc. 23 at p. 6 ¶ 8 in *Bergosh*).

14. Plaintiffs further explained that they initially sought expedition when doing so would have resulted in briefing being completed by December 24, 2025,

and that while they "still believe[d] expedition" was appropriate, they were nonetheless seeking "a short extension of time" to file their response brief in light of previously planned vacations over the holidays. (Doc. 25 at p. 8 in *Adams*); (Doc. 23 at p. 8 in *Bergosh*).

15. The Court granted this request. (Doc. 26 in *Adams*); (Doc. 24 in *Bergosh*).

16. The Board members now likewise seek a short extension of time to file their reply brief, for similar reasons as those sought by Plaintiffs.

17. Moreover, given Plaintiffs' concession that the reason underlying their request for expedition apparently no longer exists and they are only seeking expedition as to oral argument, any prejudice to Plaintiffs is de minimis, at best.

18. This is the Board members' first request for an extension of time to file their consolidate reply brief. The Board members do not bring this motion for purposes of delay and are working in good faith and as diligently as possible to complete this matter.

19. Plaintiffs partially consent to this request, stating they do not oppose a 7-day extension of time, which would make the Board members' reply brief due February 16, 2026.

20. However, due to the aforementioned obligations in other matters and previously-planned time off, the Board members respectfully submit a 21-day extension, through March 2, 2026, is warranted, considering the circumstances cited.

**WHEREFORE**, Appellants, Kevin Adams, Paul Fetsko, Patricia Hightower, William Slayton, David Williams, Carissa Bergosh, and Tom Harrell, respectfully request this Court enter an order extending the time for Appellants to file their consolidated reply brief by 21 days, through March 2, 2026, and for any and all further relief this Court deems just and proper.

## **CERTIFICATE OF COMPLIANCE**

The undersigned certify that this Motion complies with the limitations in Federal Rule of Appellate Procedure 27(d)(2)(A) as it is less than 5,200 words. The undersigned further certify this Motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)–(6) because it was prepared using Microsoft Word, 14-point Times New Roman.

Respectfully submitted,

s/ Jeffrey J. Grosholz
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133
Attorneys for Appellants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 3, 2026, I electronically filed the foregoing Motion by using the Eleventh Circuit Court ECF system which will send by e-mail a Notice of Docket Activity to the following: Shalini Goel Agarwal at shalini.agarwal@protectdemocracy.org; Lynn Beth Oberlander at

oberlanderl@ballardspahr.com; Ori Lev at ori.lev@protectdemocracy.org; Taylor Washburn at washburnt@ballardspahr.com; and Michael McDonald at mcdonaldm@ballardspahr.com (Counsel for Plaintiffs/Appellees) and David A. Karp at dkarp@caroltonfields.com and Christopher J. Norris at cnorris@carltonfields.com (Counsel for Amicus Florida Center for Government Accountability, Inc.) .

s/ Nicole Sieb Smith
J. DAVID MARSEY
Florida Bar No.: 0010212
E-mail: dmarsey@rumberger.com
NICOLE SIEB SMITH
Florida Bar No.: 0017056
E-mail: nsmith@rumberger.com
JEFFREY J. GROSHOLZ
Florida Bar No.: 1018568
E-mail: jgrosholz@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
101 North Monroe Street, Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

and

SAMANTHA DUKE
Florida Bar No. 0091403
Email: sduke@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
300 S. Orange Ave., Suite 300
Orlando, Florida 32801
Tel: 407.872.7300
Fax: 407.841.2133
Attorneys for Appellants
